**KESSLER TOPAZ**
  **MELTZER & CHECK, LLP**
Eric L. Zagar (Bar No. 250519)
280 King of Prussia Road
Radnor, PA 19087
Phone: (610) 667-7706
Fax: (610) 667-7056
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEY WEST POLICE OFFICERS & FIREFIGHTERS RETIREMENT PLAN<br><br>Plaintiff,<br><br>v.<br><br>SKECHERS U.S.A., INC., ROBERT GREENBERG, and MICHAEL GREENBERG,<br><br>Defendants. | Case No. 2:25-cv-4863-PA-JPR<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: Hon. Percy Anderson<br><br>Date: July 21, 2025<br><br>Time: 1:30 P.M.<br><br>Courtroom: 9A |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on July 21, 2025, at 1:30 p.m., or as soon thereafter as this matter may be heard before the above entitled Court, located at First Street Courthouse, 350 W 1st Street, Courtroom 9A, 9th Floor, Los Angeles, California 90012-4565, and before the Honorable Percy Anderson, pursuant to Federal Rule of Civil Procedure 65, Plaintiff Key West Police Officers & Firefighters Retirement Plan ("Plaintiff"), will, and hereby does, move this Court for an order preliminarily enjoining the Consideration Election Deadline and the closing of the Merger, each as defined and described in the Verified Complaint, *see* Dkt. 1, and in the attached Memorandum of Points and Authorities, until Defendants Skechers U.S.A., Inc. ("Skechers"), Robert Greenberg, and Michael Greenberg file with the Securities & Exchange Commission ("SEC") and disseminate to Skechers stockholders a Schedule 13E-3 containing the disclosures required by Section 13(e) of the Securities Exchange Act, 15 U.S.C. § 78m(e), and SEC Rule 13e-3, 17 C.F.R. § 240.13e-3, promulgated thereunder.[1]

This Motion is based upon this Notice of Motion; the accompanying Memorandum of Points and Authorities; the arguments of counsel; all of the pleadings and other papers on file in this action; and such other and further matters as may be presented at the hearing on this Motion or prior to this Court's decision.

---

[1] Plaintiff also submits the Declaration of Eric L. Zagar in support of its Motion for Preliminary Injunction.

Dated: June 23, 2025

**KESSLER TOPAZ MELTZER & CHECK, LLP**

*/s/ Eric L. Zagar*
_____
Eric Zagar (Bar No. 250519)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Counsel for Plaintiff*

Robert D. Klausner
**KLAUSNER, KAUFMAN, JENSON & LEVINSON**
7080 N.W. 4th Street
Plantation, FL 33317
Telephone: (954) 916-1202

*Additional Counsel for Plaintiff*