**KESSLER TOPAZ**
  **MELTZER & CHECK, LLP**
Eric L. Zagar (Bar No. 250519)
ezagar@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Phone: (610) 667-7706
Fax: (610) 667-7056

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEY WEST POLICE OFFICERS & FIREFIGHTERS RETIREMENT PLAN<br><br>Plaintiff,<br><br>v.<br><br>SKECHERS U.S.A., INC., ROBERT GREENBERG, and MICHAEL GREENBERG,<br><br>Defendants. | Case No. 2:25-cv-4863-PA-JPR<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Key West Police Officers & Firefighters Retirement Plan hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against Defendants Skechers U.S.A., Inc., Robert Greenberg, and Michael Greenberg.

August 8, 2025

*/s/ Eric L. Zagar*
Eric L. Zagar (Bar No. 250519)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Counsel for Plaintiff*

Robert D. Klausner
**KLAUSNER, KAUFMAN, JENSON & LEVINE**
7080 N.W. 4th Street
Plantation, FL  33317
Telephone: (954) 916-1202

*Additional Counsel for Plaintiff*

Notice of Voluntary Dismissal